Steven T. Densley (NSBN 12951)
Union Pacific Railroad Company
280 South 400 West, Suite 250
Salt Lake City, Utah 84101
Ph: (801) 212-3985; Fax: (801) 212-3978
Email: sdensley@up.com
&
John A. Hunt, Esq. (NSBN 1888)
Bert Wuester Jr., Esq. (NSBN 5556)
Morris Polich & Purdy, LLP
500 South Rancho Drive, Suite 17
Las Vegas, Nevada 89106
Ph: (702) 862-8300; Fax (702) 862-8400
Email: jhunt@mpplaw.com
Email: bwuester@mpplaw.com

Co-Attorneys for Union Pacific Railroad Company

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA AT LAS VEGAS, NEVADA

| | |
|---|---|
| GREG GIBBONS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation<br><br>    Defendant. | Case No.: 2:15-cv-2231<br>STIPULATED PROTECTIVE ORDER |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS Plaintiff in the above entitled matter have requested that defendant Union Pacific Railroad Company ("Union Pacific") produce to them a copy of the Bridge Inspection Records for Union Pacific's Caliente Sub, MP 474.54 and Engineering Structures Maintenance Field Manual which was in effect on 12/9/2012 and;

WHEREAS the subject documents contain material that is proprietary in nature that should not be publicly distributed or disseminated;

**THERFORE, IT IS HEREBY STIPULATED** by and between all parties to this action that a Protective Order should be issued by the Court regarding the subject documents as follows:

1. The subject documents shall not be disclosed, produced, disseminated or distributed by any party to this action or their attorneys to anyone who is not involved in this case;

2. All parties and their attorneys shall not allow the subject documents to be disseminated to, or published on, the internet or any other electronic media at any time for any purpose;

3. All parties and their attorneys may provide the subject documents to any of their employees, investigators, consultants, outside experts or other persons for the sole purpose of assisting any or all parties or their attorneys in preparing for trial of this matter. However, to the extent any or all parties or their attorneys provide the subject documents to any of these individuals, said parties and their attorneys agree that they will advise these individuals of this Protective Order and have them sign Exhibit "A" attached hereto, acknowledging the existence of the Protective Order and agreeing to be bound by it. All parties and their attorneys agree that they will not provide to any individual the subject documents before the individual signs Exhibit "A." A signed copy of Exhibit "A" will be promptly provided to Union Pacific each time the subject documents are provided to any other individual. In the case of expert witnesses, a signed copy of Exhibit "A" will be promptly provided to Union Pacific at the time of expert witness disclosure.

4. All parties and their attorneys agree that at the conclusion of this case, they will collect any and all copies of the subject documents that may have been provided by them to any other individual and shred each and every copy of the subject documents, and that the obligation to not disclose, produce, disseminate or distribute the subject documents shall continue indefinitely, notwithstanding the case having reached a conclusion.

IT IS SO STIPULATED AND AGREED

Dated: 8/3, 2016          UNION PACIFIC RAILROAD COMPANY
                          LAW DEPARTMENT

                          By: _____
                          Steven T. Densley (NSBN 12951)

Dated: _____, 2016   MORRIS LAW FIRM

                          _____
                          James A. Morris, Jr.

Dated: _____, 2016   WETHERALL GROUP, LTD.

                          _____
                          Peter C. Wetherall

4. All parties and their attorneys agree that at the conclusion of this case, they will collect any and all copies of the subject documents that may have been provided by them to any other individual and shred each and every copy of the subject documents, and that the obligation to not disclose, produce, disseminate or distribute the subject documents shall continue indefinitely, notwithstanding the case having reached a conclusion.

IT IS SO STIPULATED AND AGREED

Dated: _____, 2016      UNION PACIFIC RAILROAD COMPANY
                             LAW DEPARTMENT


By:_____
Steven T. Densley (NSBN 12951)


Dated: 7/6, 2016             MORRIS LAW FIRM

_____
James A. Morris, Jr.


Dated: _____, 2016      WETHERALL GROUP, LTD.


_____
Peter C. Wetherall

- 3 -

4.   All parties and their attorneys agree that at the conclusion of this case, they will collect any and all copies of the subject documents that may have been provided by them to any other individual and shred each and every copy of the subject documents, and that the obligation to not disclose, produce, disseminate or distribute the subject documents shall continue indefinitely, notwithstanding the case having reached a conclusion.

IT IS SO STIPULATED AND AGREED

Dated: _____, 2016        UNION PACIFIC RAILROAD COMPANY
                               LAW DEPARTMENT


                               By:_____
                               Steven T. Densley (NSBN 12951)


Dated: _____, 2016        MORRIS LAW FIRM


                               _____
                               James A. Morris, Jr.


Dated: July 5, 2016            WETHERALL GROUP, LTD.


                               *Peter C. Wetherall* (signature)
                               _____
                               Peter C. Wetherall

- 3 -

The Court has reviewed the reasons offered in support of entry of this Stipulated Protective Order and finds that there is good cause to protect the confidential nature of certain information. Accordingly, the Court adopts the above Stipulated Protective Order in this action.

IT IS SO ORDERED.

Dated: August 10, 2016

_____
Carl W. Hoffman
United States Magistrate Judge

**EXHIBIT A**
**TO STIPULATION RE PROTECTIVE ORDER**
**FOR BRIDGE INSPECTION RECORDS FOR UNION PACIFIC'S CALIENTE SUB, MP 474.54 AND ENGINEERING STRUCTURES MAINTENANCE FIELD MANUAL WHICH WAS IN EFFECT ON 12/9/2012**

I HEREBY ACKNOWLEDGE that I have read the Stipulation re Protective Order for Bridge Inspection Records for Union Pacific's Caliente Sub, MP 474.54 and Engineering Structures Maintenance Field Manual which was in effect on 12/9/2012 and Order Thereon in the above-referenced matter and I agree to be bound by its terms. I also agree to submit to the jurisdiction of the United States District Court for the District of Nevada for enforcement of said Protective Order.

Dated: _____

Signature: _____

Printed Name:_____

Address:_____

_____

Telephone:_____

**CERTIFICATE OF SERVICE**

I hereby certify that on the _____ day of August, 2016, a true, correct and complete copy of the foregoing was served upon the following attorneys in the manner indicated below:

James A. Morris, Jr.
MORRIS LAW FIRM
6310 San Vicente Blvd., Suite 360
Los Angeles, CA  90048

_____ U.S. Mail
_____ Hand Delivered
_____ Overnight
_____ Facsimile
_____ No Service
_____ Email
__X__ ECF Service

Peter C. Wetherall
WETHERALL GROUP, LTD.
9345 West Sunset Road, Suite 100
Las Vegas, NV  89148

_____ U.S. Mail
_____ Hand Delivered
_____ Overnight
_____ Facsimile
_____ No Service
_____ Email
__X__ ECF Service

/s/ [signature]