**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREG GIBBONS, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-cv-02231-GMN-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNION PACIFIC RAILROAD COMPANY, ) | |
| ) | |
| Defendant. ) | |

    Presently before the court is the parties' fifth stipulation to extend discovery (ECF No. 29), filed on March 6, 2017. The parties request to extend the current deadlines by forty-five days. Based on the information provided in the stipulation, the court is unable to evaluate the progress the parties have made since their fourth stipulation to extend discovery. The court therefore will deny the stipulation without prejudice. The parties are directed to file a stipulation that complies with Local Rule 26-4, with specific emphasis on describing the discovery completed to date and the discovery that remains to be completed. *See* LR 26-4(a)-(d).

    IT IS THEREFORE ORDERED that the parties' fifth stipulation to extend discovery (ECF No. 29) is DENIED without prejudice.

    DATED: March 8, 2017

                                                                                  _____
                                                                                 **C.W. Hoffman, Jr.**
                                                                                  **United States Magistrate Judge**