John A. Hunt, Esq. (NSBN 1888)
Bert Wuester Jr., Esq. (NSBN 5556)
**CLARK HILL, PLLC**
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, Nevada 89169
Ph. (702) 862-8300
Fax (702) 862-8400
email: jhunt@clarkhill.com
email: bwuester@clarkhill.com

and

Melissa A. Sandoval, Esq. (NSBN 12587)
**UNION PACIFIC RAILROAD COMPANY**
**LAW DEPARTMENT**
10031 Foothills Boulevard, Suite 200
Roseville, California 95747
Ph. (916) 789-6400
Direct (916) 789-6132
Fax (916) 789-6227
Email: msandoval@up.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GREG GIBBONS, | Case No.: 2:15-cv-02231-GMV-CWH |
| Plaintiff, | |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation | |
| Defendant. | |

**STIPULATION AND ORDER REGARDING AGREED UPON DEFENDANT'S PROPOSED MOTIONS IN LIMINE, PURSUANT TO LR 16-3**

The parties, Plaintiff, Greg Gibbons ("Plaintiff" or "Gibbons"), and Defendant, Union Pacific Railroad Company ("Defendant" or "UPRR"), by and through their respective counsel of record, hereby stipulate and request, pursuant to LR 16-3, that this

Court enter an order regarding the following matters which were agreed upon relative to Defendant's proposed motions in limine.

1. On March 19, 2018, Defendant's attorney sent correspondence to Plaintiff's attorneys, Peter C. Wetherall, Esq. and James A. Morris, Jr., Esq. regarding an initial effort to meet and confer regarding UPRR's proposed motions in limine. The March 19, 2018, letter addressed ten (10) proposed motions in limine.

2. At 10:00 a.m. on March 21, 2018, pursuant to mutual agreement, a phone conference was held between counsel for the parties, including John A. Hunt, Esq. (of Clark Hill, PLLC), James A. Morris, Jr., Esq. (of Brent Coon & Associates), Shane E. Greenberg, Esq. (id.), Melissa Sandoval, Esq. (of Union Pacific's Law Department), and Bert Wuester Jr., Esq. (of Clark Hill, PLLC).

3. During the phone conference, Plaintiff's counsel agreed to motions #2, 3, 6 and 8 as addressed in UPRR's March 19, 2018, letter. In addition, as to motion #9, it was agreed the same shall apply to both sides. During the phone conference it was agreed and acknowledged that a proposed stipulation and order would be prepared relative to the agreed upon motions #2, 3, 6, 8, and 9.

4. Accordingly, pursuant to the above, the parties hereby stipulate and agree that the Court enter orders consistent with the following:

    A. That the Court shall exclude argument or evidence regarding alleged elevated levels of danger in the railroad industry.

    B. That the Court shall exclude argument or evidence relating to the parties'

relative or individual wealth.

C. That the Court shall exclude argument or claims seeking prejudgment interest upon any award of damages.

D. That the Court shall preclude Plaintiff from making reference to, pointing out, or identifying representatives of Union Pacific who may come to court to observe the trial.

E. That the Court shall prohibit any argument by either counsel relating to the following areas:

    i. argument by counsel personally attacking a witnesses credibility and/or accusing a witness of perjury;

    ii. argument by counsel injecting his/her personal opinions about a party;

    iii. argument by counsel relating counsel's personal opinion(s) about the justness of his/her client's cause and his/her client's claim of injury;

    iv. argument by counsel requesting the jury place themselves in the position of counsel's client (i.e., "golden rule" argument);

    v. argument by counsel requesting the jury "send a message" to the opposing party and/or the opposing party's counsel;

    vi.    argument by counsel comparing jury awards in other cases to the present case; and

    vii.    argument by counsel personally attacking opposing counsel.

Respectfully submitted and approved as to form and content:

| **Brent Coon & Associates** | **CLARK HILL, PLLC** |
|---|---|
| By: _____ <br> James A. Morris, Jr., Esq. (pro hac vice) <br> 4111 West Alameda Avenue, Suite 611 <br> Burbank, CA 91505 <br> Telephone: (747) 283-1144 <br> Facsimile: (747) 283-1143 <br> jmorris@jamlawyers.com <br> and <br> Peter C. Wetherall, Esq. (NSBN 4414) <br> **Wetherall Group, LTD.** <br> 9345 W. Sunset Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> Tel: 702-838-8500; Fax: 702-837-5081 <br> pwetherall@wetherallgroup.com <br> Attorneys for Plaintiff <br> Dated: 3/23/18 | By: _____ <br> John A. Hunt, Esq. (NSBN 1888) <br> Bert Wuester, Jr., Esq. (NSBN 5556) <br> 3800 Howard Hughes Parkway, Suite 500 <br> Las Vegas, Nevada 89169 <br> Ph. (702) 862-8300; fax (702) 862-8400 <br> jhunt@clarkhill.com <br> bwuester@clarkhill.com <br> and <br> Melissa A. Sandoval, Esq. (NSBN 12587) <br> **UNION PACIFIC RAILROAD COMPANY LAW DEPARTMENT** <br> 10031 Foothills Boulevard, Suite 200 <br> Roseville, California 95747 <br> msandoval@up.com <br> Attorneys for Defendant <br> Dated: 3-23-18 |

## ORDER

IT IS ORDERED.

Dated: April 5, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

219433418.1 63337/375927