Melissa A. Sandoval (NSBN 12587)
UNION PACIFIC RAILROAD COMPANY
Law Department
10031 Foothills Boulevard, Suite 200
Roseville, CA 95747
Telephone: (916) 789-6132
msandoval@up.com

John A. Hunt (NSBN 1888)
Bert Wuester, Jr. (NSBN 5556)
CLARK HILL, PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 862-8300
jhunt@clarkhill.com
bwuester@clarkhill.com

Pat Lundvall (NSBN 3761)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com

*Attorneys for Defendant*
*Union Pacific Railroad Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREG GIBBONS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　Defendant. | Case 2:15-cv-02231-GMN-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Greg Gibbons and Defendant Union Pacific Railroad Company stipulate and agree to dismiss this action in its entirety with prejudice, with each party to bear its own attorney's fees and costs. The parties therefore respectfully request that the Court enter

an Order dismissing this action with prejudice with each party to bear its own attorney's fees and costs.

Dated this 15th day of April, 2020.

| McDONALD CARANO LLP | MORRIS LAW FIRM |
|---|---|
| By: */s/ Pat Lundvall*<br>Pat Lundvall (NSBN 3761)<br>McDONALD CARANO LLP<br>2300 West Sahara Avenue<br>Suite 1200<br>Las Vegas, NV 89102<br>Telephone: (702) 873-4100<br>lundvall@mcdonaldcarano.com<br><br>Melissa A. Sandoval (NSBN 12587)<br>UNION PACIFIC RAILROAD COMPANY<br>Law Department<br>10031 Foothills Boulevard, Suite 200<br>Roseville, CA 95747<br>Telephone: (916) 789-6132<br>msandoval@up.com<br><br>John A. Hunt (NSBN 1888)<br>Bert Wuester, Jr. (NSBN 5556)<br>CLARK HILL, PLLC<br>3800 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, NV 89169<br>Telephone: (702) 862-8300<br>jhunt@clarkhill.com<br>bwuester@clarkhill.com<br><br>*Attorneys for Defendant*<br>*Union Pacific Railroad Company* | By: */s/ James A. Morris, Jr.*<br>James A. Morris, Jr. (pro hac vice)<br>4111 West Alameda Avenue, Suite 611<br>Burbank, California 91505<br>Telephone: 747-283-1144<br>jmorris@jamlawyers.com<br><br>Peter C. Wetherall (NSBN 4414)<br>WETHERALL GROUP, LTD.<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, Nevada 89148<br>Telephone: (702) 838-8500<br>pwetherall@wetherallgroup.com<br><br>Brent W. Coon<br>BRENT COON & ASSOCIATES<br>215 Orleans<br>Beaumont, Texas 77701<br>Telephone: 409-835-2666<br>brent@bcoonlaw.com<br><br>*Attorneys for Plaintiff*<br>*Greg Gibbons* |

**IT IS SO ORDERED.**
Dated this 16 day of April, 2020

_____
Gloria M. Navarro, District Judge
United States District Court



**CERTIFICATE OF SERVICE**

I certify that I am an employee of McDonald Carano, and that on the 15th day of April, 2020, a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

/s/ Beau Nelson
An employee of McDonald Carano LLP